

FILED
JUL 10 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 2:19cr118 |
| FORREST SEWER PUMPING | ) |
| SERVICES, INC. | ) Clean Water Act |
| | ) 33 U.S.C. § 1319(c)(2) |
| Defendant | ) |

## CRIMINAL INFORMATION
(Felony)

### Count One

THE UNITED STATES ATTORNEY CHARGES THAT:

From in and around 2014 through in or about July 21, 2016, the exact dates being unknown, within the Eastern District of Virginia, and elsewhere, defendant, **FORREST SEWER PUMP SERVICES, INC.**, knowingly introduced, and caused the introduction of trucked and hauled pollutants (*i.e.*, wastewater and grease) into the Hampton Roads Sanitation District sewage treatment system, a publicly owned treatment works (POTW), via undesignated discharge points, in violation of the Clean Water Act National Pretreatment Standards specific prohibition under 40 C.F.R § 403.5(b)(8) against introducing trucked or hauled pollutants at discharge points that were not designated as such by the POTW.

(In violation of the Clean Water Act, 33 U.S.C. §§ 1317(d) and 1319(c)(2).)

By:

G. Zachary Terwilliger
United States Attorney

*/s/ Joseph L. Kosky*
Joseph L. Kosky
Assistant United States Attorneys
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
E-Mail - joseph.kosky@usdoj.gov